# Court of Appeals
# of the State of Georgia

ATLANTA,___July 17, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15I0229.  RAPHAEL DONALDO SICHERON v. THE STATE.**

Raphael Donaldo Sicheron, defendant in the criminal case below, seeks interlocutory review of the trial court's May 27, 2015, order denying his motion to suppress.  The court entered its certificate of immediate review on Tuesday, June 9.

Under OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had.  If the certificate of immediate review is not entered within that ten-day period, it is untimely, and the party seeking review must wait until the final judgment to appeal.  See OCGA § 5-6-34 (b); *Wilcher v. Confederate Packaging, Inc.*, 287 Ga. App. 451 (1) (651 SE2d 790) (2007).  Here, the certificate of immediate review was entered 13 days after the order was entered. Accordingly, we lack jurisdiction to consider this application for interlocutory appeal, and it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____07/17/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*